NOT DESIGNATED FOR PUBLICATION

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**23-108 consolidated with 23-258**

**STATE OF LOUISIANA**

**VERSUS**

**ASHTON BIGGS**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 7711-2020
HONORABLE CLAYTON DAVIS, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**GARY J. ORTEGO**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Gary J. Ortego, Ledricka J. Thierry, and Guy E. Bradberry, Judges.

**CONVICTION AFFIRMED, SENTENCE**
**AMENDED, WITH INSTRUCTIONS.**

**Hon. Stephen C. Dwight**
**14th JDC District Attorney**
**P. O. Box 3206**
**Lake Charles, LA 70601**
**(337) 437-3400**
**COUNSEL FOR PLAINTIFF/RESPONDENT:**
    **State of Louisiana**

**David S. Pipes**
**14th JDC Assistant District Attorney**
**901 Lakeshore Drive**
**Lake Charles, LA 70601**
**(337) 437-3400**
**COUNSEL FOR PLAINTIFF/RESPONDENT:**
    **State of Louisiana**

**Louisiana Appellate Project:**
**Edward K. Bauman**
**P. O. Box 1641**
**Lake Charles, LA 70602**
**(337) 491-0570**
**COUNSEL FOR DEFENDANT/APPLICANT**

**Ashton Biggs**
**Riverbend Detention Center**
**9450 Hwy. 65 South**
**Lake Providence, La 71254**
**COUNSEL FOR DEFENDANT/APPLICANT:**
    **Ashton Biggs**

**ORTEGO, Judge.**

Defendant, Ashton Dean Biggs, was charged with third degree rape, in violation of La.R.S. 14:43. On June 2, 2022, Defendant entered a guilty plea to an amended charge of felony carnal knowledge of a juvenile, in violation of La.R.S. 14:80. On the same day, the Defendant was sentenced to serve ten years at hard labor without benefit of probation, parole, or suspension of sentence. He is currently seeking review of his conviction and sentence in docket 23-258, which has been consolidated with the instant writ.

For the reasons in *State v. Biggs*, 23-258 (La.App. 3 Cir. __/__/__), ___ So.3d ___, we find no error in the trial court's ruling and deny this writ.

**CONVICTION AFFIRMED, SENTENCE AMENDED, WITH INSTRUCTIONS.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2-16.3.